UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVIS, | No. 2:16-cv-0733-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| CLARK DUCRAT, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 6, 2016, petitioner requested an extension of time to file his response to respondent's June 10, 2016 motion to dismiss.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 19) is granted and petitioner has 30 days from the date this order is served to file his response.  The Clerk is directed to serve a copy of respondent's motion to dismiss on petitioner with this order.

Dated: July 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE