IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. DAVIS,** | Case No. 2:16-cv-0733-JAM-EFB P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **CLARK DUCART,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including August 7, 2017, to file a response to Petitioner's petition for writ of habeas corpus.

Dated: July 6, 2017.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE